TRINA A. HIGGINS, Acting United States Attorney (#7349)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 325-1440

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | |
|---|---|
| <u>IN THE MATTER OF THE SEARCH OF</u>: ) | |
| ) | Misc. No. 2:22mj873-DAO |
| In Regards to the Target Location 1 and ) | |
| Target Vehicle 1 ) | SEALED AFFIDAVIT |
| Listed in Attachment A and incorporated ) | SEARCH WARRANT |
| herein ) | |

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

I, Brett Taylor ("Your affiant"), a Special Agent (SA) with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows to wit:

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I have been so employed by the FBI since February of 2022. I am currently assigned to the FBI Wasatch Metro Drug Task Force (WMDTF) and I am tasked with investigating street gangs and drug trafficking. I have been involved in aspects of this and related investigations since July 2022, and, as a result of personal participation, including physical surveillance, review of public records, pen registers and trap and trace information, telephone toll records, interviews with

1

and analyses of reports submitted by other special agents of the FBI and local, state, and federal law enforcement agencies in Utah, I am familiar with all aspects of this investigation. I am also familiar with the appearance, packaging, common usage and terminology regarding controlled substances through my training, experience, and observation.

2. The statements in this affidavit are based in part on information provided by law enforcement officers assigned to other law enforcement agencies, other Special Agents and employees of the FBI and WMDTF and on my experience and background as a Special Agent of the FBI, and information received from confidential informants as well as the state of Utah. Since this affidavit is being submitted for the limited purpose of securing a warrant from the Court, your Affiant has not included each and every fact known to me concerning this investigation. Your Affiant has set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of the proceeds of distribution of narcotics as well as the laundering of those funds are contained in the location to be searched as described in Attachment A and the list of items to be seized described in Attachment B.

3. Agents wish to search the following locations and vehicles to locate and seize evidence of the conspiracy to distribute narcotics as well as evidence of the possession and/or manufacturing of narcotics as further described in Attachment B:

- **Target Location 1** = 7159 West Magnum Vista Place, Salt Lake City, UT 84128
- **Target Vehicle 1** = 1997 Green Toyota Camry (UT-T957CA)

Agents desire to locate and seize evidence of the conspiracy to distribute narcotics as well as evidence of the possession and/or manufacturing of narcotics as further described in Attachment B.

**FACTS ESTABLISHING PROBABLE CAUSE**

4. In or about October 2022, the Wasatch Metro Drug Task Force ("WMDTF"), consisting of the Federal Bureau of Investigation ("FBI") and Davis Metro Narcotic Strike Force ("DMNSF"), initiated a criminal investigation into Male Derrick Izaac Sosa (SOSA) and other co-conspirators known and unknown that are associated with the Drug Trafficking Organization ("DTO"), for possible violations of 21 U.S.C. §§ 841 –Distribution of a controlled substance; and §§ 846 –Conspiracy to distribute controlled substances (collectively the "Target Offenses").

5. In or about October 2022, a confidential source ("CS1"[1]) advised that SOSA was distributing large quantities of cocaine in the District of Utah. After receiving this information, investigators were able to utilize an undercover officer (CS1) to purchase cocaine evidence from SOSA. Prior to the controlled purchases, SOSA arranged the drug exchange with CS1 through the use of telephone, and later met with CS1 to provide the drug evidence at an agreed upon meet location. At the time of this writing, CS1 has been able to conduct 3 controlled purchases of cocaine from SOSA. The first of those buys was in October 2022, and the most recent was on or about November 29, 2022. A summary of the most recent controlled purchase is described in more detail below.

**November 29, 2022 – 27.77 grams of cocaine – Target Vehicle 1 and Target Location 1**

---

[1] CS1 is cooperating with law enforcement in exchange for monetary compensation. Your affiant considers the information received from CS1 to be accurate and reliable. CS1 has a criminal history to include drug possession and driving under the influence. CS1 has never provided information to investigators that has been found to be false or misleading. WMDTF investigators have also verified information provided by CS1 in this investigation through independent sources, including surveillance, registered owner checks on vehicles and addresses used by the suspect(s), criminal history checks on the suspects, and information received from other sources of information. Based on conversations with CS1, CS1 appears to be knowledgeable in the sale and distribution of controlled substances.

6. On or about November 29, 2022, CS1 arranged the purchase of a quantity of cocaine from SOSA using **Target Vehicle 1.** During the arrangement of the deal, SOSA agreed to meet CS1 at a location in Salt Lake County, Utah.

7. Prior to the deal CS1 was then provided with evidence purchase money and an audio/video recording/transmitting device which was monitored throughout the deal by agents. Thereafter, agents followed CS1 directly to the buy location without making any unscheduled stops.

8. On November 29, 2022 agents observed SOSA leave **Target Location 1** and arrive at the buy location using **Target Vehicle 1.** Agents observed CS1 get into **Target Vehicle 1**. SOSA handed CS1 a quantity of cocaine in exchange for drug purchase money. CS1 exited the vehicle and SOSA drove away using **Target Vehicle 1** returning back to **Target Location 1.** Based on training and experience, your affiant believes that SOSA used **Target Vehicle 1** to distribute narcotics. Your affiant believes that the **Target Location 1** is used as a place to store narcotics by SOSA.

9. After the deal, agents met CS1 at a predetermined location. CS1 relinquished possession of the audio/video recording/transmitting device and the cocaine and cocaine evidence.

10. The evidence was later transported to the Davis County Crime Lab, where it was photographed, packaged, and weighed. The evidence weighed 12.38 grams and presumptively tested positive for cocaine. The narcotic evidence was then booked into Davis County Crime Lab for storage.

11. Based on this controlled purchase, your affiant believes that SOSA uses the **Target Location 1** to store narcotics. Based upon surveillance SOSA then traveled directly from the

**Target Location 1** and to the agreed upon meet location and provided the Cocaine evidence to CS1. Additionally, based on the investigation, probable cause has been established to believe SOSA is using **Target Vehicle 1**, as described above to facilitate the distribution as well as the possession and/or the manufacturing of narcotics, and that evidence of such will be located in those vehicle. Your affiant knows from training and experience people involved in narcotics trafficking commonly use storage units and/or "stash houses" to store illegal narcotics and other items of contraband.

12.     In addition, your affiant knows that individuals involved in narcotics trafficking often use multiple locations to store/transport narcotics in attempt to avoid law enforcement detection. This is done to avoid risking the illegal contraband (narcotics, US currency, firearms etc.) from being seized by law enforcement officials.

13.     Based on the investigation, probable cause has been established to believe SOSA is using the **Target Location 1**, as described above, to store narcotics and distribute narcotics, and that the evidence of narcotics distribution as well as the possession and/or the manufacturing of narcotics will be found in those locations. Your Affiant requests a search warrant for the **Target Location 1** and **Target Vehicle 1** as described above and in Attachment A, for the purpose of locating evidence related to the possession, distribution and/or the manufacturing of narcotics.

14.     The WMDTF wishes to execute a search at the location described in Attachment A in an effort to prevent any further narcotics from being distributed and collect any other evidence of a conspiracy to distribute narcotics. Your Affiant seeks a warrant to seize items related to the distribution, possession and manufacturing of narcotics, further described in Attachment B. There is reasonable necessity for this seizure in that the items listed in Attachment B are evidence of the

conspiracy to distribute narcotics as well as possess and/or manufacture. This warrant also seeks the authority to seize other cell phones and electronic devices but not to search them. All other seized cell phones and electronic devices will be documented and secured as evidence and subsequent federal search warrants will be sought to search the additional cell phones and electronic devices for evidence of the Target Offenses.

WHEREFORE, I request that the court issue a search warrant for the property in paragraph 3 to search for the evidence in attachment B.

_____
Brett Taylor
Special Agent, Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me on December 9th, 2022.

_____
THE HONORABLE Daphne A. Oberg
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

Agents wish to search the following locations and vehicles:

· **Target Location 1** = 7159 W Magnum Vista Place. Salt Lake City, UT 84128

· **Target Vehicle 1** = 1997 Toyota Camry (UT-T957CA)

**ATTACHMENT B**
**LIST OF ITEMS TO BE SEARCHED FOR AND SEIZED**

1. Controlled substances including but not limited to cocaine e as further described as a white rock like substance; materials related to the possession or distribution of cocaine including plastic bags, scales, measuring devices, and materials used to cut or dilute cocaine; and drug paraphernalia to include but not limited to pipes and other items used to ingest cocaine, or other illegal narcotics.

2. Books, records, receipts, notes, ledgers, and other papers relating to the possession, sale, and transfer of controlled substances or which reflect code names or identities of co-conspirators.

3. Proceeds of narcotics distribution in the form of United States currency, negotiable instruments, or financial instruments.

4. Paraphernalia for packaging, manufacturing, using, weighing, or distributing illegal drugs, including but not limited to: weigh scales, baggies, grinders, cutting material (diluents), wrapping materials (new and used), tape, razor blades, cutting boards, glass pipes, cigarette papers, cooking devices, butane torches, and shipping materials such as boxes, deodorants, plastic wrapping, mail labels, and any other items used by persons to manipulate drugs in any way.

5. Communication equipment such as: cellular telephones, two-way radios, electronic radio scanning devices, answering machines, caller identification boxes, and any electronic equipment used to reprogram cellular telephones.  **However, the search of the electronic content of these devices will not be conducted unless authorized pursuant to an additional search warrant.**

6. Any photographs of illegal drugs, persons using illegal drugs or assets derived from the sale of illegal drugs.

7. Electronic equipment, such as electronic address notebooks or other electronic storage devices that can be used for storing drug ledgers or contact information of co-conspirators.

8. Electronic equipment used for counting currency.

9. Any lock boxes or safes.